TYSON C. LANGHOFER, AZ Bar No. 32589*
tlanghofer@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax

*Attorneys for Plaintiffs*
*admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN APODACA; and STUDENTS FOR LIFE AT CALIFORNIA STATE UNIVERSITY-SAN MARCOS,**<br><br>       Plaintiffs,<br><br>v.<br><br>**TIMOTHY P. WHITE**, Chancellor of California State University, in his official and individual capacities; **KAREN S. HAYNES**, President of California State University-San Marcos, in her official and individual capacities; and **ASSOCIATED STUDENTS, INC. OF CALIFORNIA STATE UNIVERSITY SAN MARCOS**, a California nonprofit corporation,<br><br>       Defendants. | Case No. 3:17-cv-01014-L-NLS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>(Special Briefing Schedule Ordered)<br><br>Date:        December 10, 2018<br>Time:        11:00am<br>Courtroom: 5B<br>Judge: Hon. M. James Lorenz |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on December 10, 2018, at 11am., or as soon thereafter as the matter may be heard before the Honorable Judge M. James Lorenz, in Courtroom 5B of the United States District Court for the Southern District of California, located at 221 West Broadway, Suite 5145, San Diego, California 92101, Plaintiffs Nathan Apodaca and Students for Life at California State University San Marcos will and hereby do move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. By way of this motion, Plaintiffs ask the Court to enter summary judgment in favor of Plaintiffs Nathan Apodaca and Students for Life at California State University San Marcos on all of their claims and grant all relief requested in the First Amended Verified Complaint.

As supported by the attached memorandum of law and exhibits, the undisputed facts establish that Plaintiffs are entitled to summary judgment on their claims based on the First and Fourteenth Amendments.

**Claim 1: Violation of the First and Fourteenth Amendment Right against Compelled Speech and to Equal Access to a Speech Forum**

First, Defendants unconstitutionally compel Nathan Apodaca and Students for Life's members to pay a mandatory student union fee and join the student union—Associated Students, Inc ("ASI"). The First Amendment prohibits compelling students to pay for and join such a union.

Second, if Defendants are permitted to compel students to pay a mandatory fee to fund ASI, they must at a minimum ensure that the fees are used in a viewpoint neutral manner. They do not. Thus, Defendants unconstitutionally compel Nathan Apodaca and Students for Life's members to pay a mandatory student union fee that is not administered in a viewpoint neutral manner.

Lastly, Defendants have created a speech forum by distributing ASI fees to fund expression on campus. But Defendants have no policies that bridle ASI's discretion

in distributing the funds. ASI has used this discretion to exclude Students for Life from access to the forum. Thus, Defendants have violated Plaintiffs' right to equal access to a speech forum.

**Claim 2: Violation of the Fourteenth Amendment Right to Equal Protection**

Defendants favor the expression of the Centers over other student expression by funding them at a ratio of approximately 52 to 1 ($300,000 to $5,700) and thus treat some students' speech, including Plaintiffs, unequally. In addition, Defendants treat student groups unequally by funding speakers with ASI Fees through the Centers, but refusing to fund other student organizations' speakers. Specifically, Defendants have used ASI Fees to fund speakers on abortion, but refused to permit Students for Life to use ASI Fees to fund a speaker on the same topic but with an alternative viewpoint. Thus, Defendants have violated Plaintiffs' right to equal protection.

This motion is based upon this Notice, and Plaintiffs' accompanying Memorandum of Points and Authorities, Declarations and the exhibits attached thereto, the pleadings and papers previously filed with the Court in this matter, and upon such other and further documentary, demonstrative, and oral evidence as may be requested or permitted by the Court.

Therefore, Plaintiffs move for summary judgment as a matter of law and all relief requested in the First Amended Verified Complaint. Specifically, Plaintiffs request the following relief:

1) A declaration that the ASI Fee policy is unconstitutional because it compels payment of fees to fund private speech, or in the alternative, a declaration that the ASI Fee policy is unconstitutional because it compels payment of student fees to fund expression that are distributed in a viewpoint-discriminatory manner;

2) A declaration that the ASI Fee policy is unconstitutional because it is used to create a forum for expression that is not administered in a viewpoint-neutral manner;

3) A declaration that the ASI Fee policy is unconstitutional because it denies Plaintiffs' equal protection of the law;

4) An injunction ordering Defendants, including the CSU Board of Trustees,[1] to provide an opt-in option and only collect fees that fund student speech from students who affirmatively opt in,

5) Or in the alternative, an injunction ordering Defendants, including the CSU Board of Trustees, to cease collection of mandatory student fees that fund private expression unless and until guidelines are implemented that adequately bridle discretion to discriminate in the use of the fees;

6) Actual compensatory damages in the amount of $500.00 for infringing Plaintiff Students for Life at CSUSM's exercise of its First and Fourteenth Amendment rights;

7) Actual compensatory damages in the amount of mandatory ASI Fees paid by each of Plaintiff Students for Life at CSUSM's student members, including Plaintiff Apodaca, that was collected pursuant to a viewpoint-discriminatory policy that infringed Plaintiffs' First Amendment rights;

8) Nominal damages for the violation of Plaintiffs' First and Fourteenth Amendment rights;

9) Plaintiffs' reasonable attorneys' fees, costs, and other costs and disbursements in this action pursuant to 42 U.S.C. § 1988; and

---

[1] The members of the California State University Board of Trustees, Lorena Checa, Vice President of Student Affairs of California State University-San Marcos, Kim Clark, Associated Vice President for Student Auxiliary Services and Executive Director of Associated Students, Inc. at California State University-San Marcos, and the members of the ASI Board of Directors were each initially named as defendants both in their individual and official capacities in this case but were voluntarily dismissed as part of a stipulated agreement between the parties whereby they agreed that any judgment in this case would apply to them as if they were parties. (Joint Stipulation re First Amend. Ver. Compl., ECF No. 13).

1 | All other further relief to which Plaintiffs may be entitled.

6 | Respectfully submitted this 22nd day of October, 2018.

By: s/ Tyson C. Langhofer

| | |
|---|---|
| DANIEL R. WATKINS | TYSON C. LANGHOFER |
| CA Bar No. 163571 | AZ Bar No. 32589* |
| WATKINS & LETOFSKY, LLP | RYAN J. TUCKER |
| 2900 S. Harbor Blvd., Ste. 240 | AZ Bar No. 34382* |
| Santa Ana, CA 92704-6418 | ALLIANCE DEFENDING FREEDOM |
| (866) 439-1295 | 15100 N. 90th Street |
| (949) 476-9407 Fax | Scottsdale, Arizona 85260 |
| dw@wl-llp.com | (480) 444-0020 |
| | (480) 444-0021 Fax |
| J. CALEB DALTON | tlanghofer@ADFlegal.org |
| D.C. Bar No. 1033291* | rtucker@ADFlegal.org |
| ALLIANCE DEFENDING FREEDOM | |
| 440 First Street NW, Suite 600 | |
| Washington, DC 20001 | |
| (202) 393-8690 | |
| (202) 347-3622 Fax | |
| cdalton@ADFlegal.org | |

*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

5

Plaintiffs' Notice of Motion and Motion for Summary Judgment

(3:17-cv-01014-L-NLS)

# CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs certifies that all counsel for Defendants are registered CM/ECF users and that service will be accomplished by the CM/ECF system on the 22nd day of October, 2018.

<u>*s/ Tyson C. Langhofer*</u>