UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN APODACA; and STUDENTS FOR LIFE AT CALIFORNIA STATE UNIVERSITY - SAN MARCOS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY P. WHITE, KAREN S. HAYNES, and ASSOCIATED STUDENTS, INC. OF CALIFORNIA STATE UNIVERSITY SAN MARCOS,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-01014-L-AHG<br><br>**ORDER CLARIFYING MANDATORY SETTLEMENT CONFERENCE REQUIREMENTS** |

Pursuant to the transfer order (ECF No. 85) and amended scheduling order (ECF No. 89), the upcoming Mandatory Settlement Conference ("MSC") on September 26, 2019 at 2:00 p.m. will occur in the chambers of Magistrate Judge Allison H. Goddard, located at 221 West Broadway, Suite 3142, San Diego, California 92101.  In the amended scheduling order, the parties were ordered to "refer to Chambers Rules for additional Mandatory Settlement Conference deadlines and requirements."  ECF No. 89 at 2.

Since this Court's Chambers Rules were recently posted, in the interest of fairness, the Court hereby modifies the Mandatory Settlement Conference Requirements (located at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf) as follows:

1. Plaintiffs must serve a written settlement proposal on Defendants no later than **September 12, 2019**. Plaintiff must include this proposal in its Settlement Conference Statement. Defendants must respond to Plaintiff's proposal **in writing** prior to the Meet and Confer discussion, and include this response their Settlement Conference Statement.

2. Counsel for the parties must meet and confer in person or by phone no later than **September 16, 2019**.

3. Each party must prepare a Settlement Conference Statement, which will be served on opposing counsel and lodged with the Court no later than **September 23, 2019**. The Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). The substance of the Settlement Conference Statement must comply fully with the Judge Goddard's Mandatory Settlement Conference Rules (located at the link above or via the district court's website).

4. Each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **September 23, 2019**. The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). Should a party choose to prepare a Letter, the substance of the Settlement Conference Letter must comply fully with the Judge Goddard's Mandatory Settlement Conference Rules (located at the link above or via the district court's website).

//
//
//
//
//

5. All parties are ordered to read and to fully comply[1] with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard.

**IT IS SO ORDERED.**

Dated:  September 5, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] (except as explicitly modified by this Order)