1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN APODACA; and STUDENTS FOR LIFE AT CALIFORNIA STATE UNIVERSITY - SAN MARCOS,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY P. WHITE, Chancellor of California State University, in his official and individual capacities; KAREN S. HAYNES, President of California State University-San Marcos, in her official and individual capacities; and ASSOCIATES STUDENTS, INC. OF CALIFORNIA STATE UNIVERSITY SAN MARCOS, a California nonprofit corporation,<br><br>Defendants. | Case No. 3:17-cv-01014-L-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE [Doc. 101]** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court, having considered the parties' Joint Ex Parte Motion to Dismiss Case With Prejudice, finds that good cause exists to order as follows:

1. The first amended complaint in this case is dismissed with prejudice;
2. Each party shall bear their own costs and attorney's fees, except as set forth in the parties' settlement agreement; and
3. The Magistrate Judge shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement, including but not limited to the interpretation and enforcement of the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: February 4, 2020

Hon. M. James Lorenz
United States District Judge